COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:      01-18-00024-CV

Style:           Mahasin A. Hawdi v. Atheel Mutammara, Agent and Attorney-in-fact for William B. Mutammara

Date motion filed:    February 5, 2018

Type of Motion:    Objection to Mediation

Party filing motion:    Appellee


It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated February 1, 2018.

Judge's signature: /s/ Jennifer Caughey
          X Acting individually    □ Acting for the Court

         Panel consists of

Date:  February 15, 2018

---

\*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).